UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SCOTT GOUDY,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTLAND AIR FREIGHT, INC.<br><br>    Defendant. | Civil Action No. 2:17-cv-00459-NT |

STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated at Portland, Maine this 24th day of May 2018

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for Plaintiff

Maine Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
207-874-0905

/s/ Kevin J. Haskins
Kevin J. Haskins
Attorney for Defendant

Preti Flaherty Beliveau & Pachios LLP
P.O. Box 9546
Portland, ME 04112-9546
207-791-3000